**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. SPEAR MILLS, Inc.**

No. 12899.

Circuit Court of Appeals, Eighth Circuit.

July 25, 1944.

Alvin J. Rockwell, Gen. Counsel, National Labor Relations Board, and Malcolm F. Halliday, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Respondent ordered to cease and desist from doing certain things and to take certain affirmative action, etc., on petition for enforcement and stipulation of parties filed with Board.

**OHIO PUBLIC SERVICE COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 9664.

Circuit Court of Appeals, Sixth Circuit.

July 17, 1944.

Henry H. Hoppe and Hoppe, Lea, Day & Ford, all of Warren, Ohio, for petitioner.

Alvin Rockwell, of Washington, D. C., for respondent.

Before ALLEN, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

This cause came on to be heard on petition of the Ohio Public Service Company to review the order of the National Labor Relations Board of Septemebr 18, 1943, and upon the answer of the National Labor Relations Board praying enforcement of its said order, and has been considered upon the full record, briefs and oral argument; and it appearing that there is substantial evidence to support the findings of fact of the National Labor Relations Board upon which its conclusions of law and its order were based, it is ordered, adjudged and decreed that the petition of the Ohio Public Service Company be dismissed, and that the prayer of the National Labor Relations Board for enforcement of its order be allowed.

**Joseph T. SHEEHAN and Jere F. Sheehan, Executors, et al., Appellants, v. SOCONY-VACUUM OIL COMPANY, Inc.**

No. 12900.

Circuit Court of Appeals, Eighth Circuit.

June 22, 1944.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Russell Vandivort, Asst. U. S. Atty., of St. Louis, Mo., for appellants.

Cobbs, Logan, Roos & Armstrong, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 50 F.Supp. 1010, docketed and dismissed without taxation of costs in favor of either of the parties in this Court, on motion of appellants and stipulation of parties.